IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHECKERS DRIVE-IN RESTAURANTS,<br>            Plaintiff, | CIVIL ACTION |
| v. | |
| JIGNESH PANDYA,<br>            Defendant. | NO.  20-405 |

**ORDER**

AND NOW, this    15th    day of April, 2020, upon consideration of Plaintiff's Motion for Summary Judgment (Doc. No. 4), it is hereby ORDERED that:

1. Plaintiff's Motion for Summary Judgment is GRANTED. The Consent Award entered in Plaintiff's favor is CONFIRMED, and Final Judgment is ENTERED against Defendant in the amount of $1,283,333.37 together with prejudgment interest as accrued from the date of the Consent Award, November 20, 2019, through the entry date of this Order at the rate of six-percent per annum; plus post-judgment interest at the rate set forth in 28 U.S.C. § 1961 from the date of entry of this Order through the date of payment; plus $590.00 in costs.

9

2. Plaintiff is ORDERED to submit a proposed order to the Clerk with the final figure requested.

BY THE COURT:

s/ J. Curtis Joyner

_____
J. CURTIS JOYNER, J.